IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| CHRIS G. LANGSTON,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:19-cv-00052-TBR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Chris G. Langston ("Plaintiff"), and Defendant, Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs.

Dated this 3rd day of ~~November~~ December, 2019.

| | |
|---|---|
| LAW OFFICES OF DONALD R. GREEN, JR.<br><br>By: /s/*Donald R. Green Jr.*<br>Donald R. Green, Jr.<br>5120 Village Square Drive, Suite 105<br>Paducah, KY 42001<br>Attorneys for Plaintiff Chris G. Langston | MAYNARD, COOPER & GALE, P.C.<br><br>By: /s/*William B. Wahlheim, Jr.*<br>William B. Wahlheim, Jr.<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL 35203-2618<br><br>Attorney for Hartford Life and Accident Insurance Company |